

June 20, 2014

**SENT BY CM/ECF**
The Hon. Catherine C. Blake
101 W. Lombard St.
Baltimore, MD 21201


Re:  *United States v. Derrick Smith and Robert Harrison*, CCB-14-170


Dear Judge Blake:

    I am writing to update the Court on the status of this case. As of now, my client, Robert Harrison, is engaged in plea negotiations with the Government. As part of these negotiations, we are awaiting the results of a pre-plea criminal history report, which was ordered by the Court on June 12. Because we do not yet have that pre-plea history, however, we respectfully request another 30 days to continue discussions with the Government before setting a trial schedule.

    AUSA Jim Warwick joins in this request.

    Because there are various pretrial motions pending, the Speedy Trial Act clock is tolled.


                                       Respectfully submitted,

                                       ___/s/___

                                       C. Justin Brown