IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CIVIL NO. CCB-14-0170 |
| | : | |
| ROBERT HARRISON, ET AL. | : | |

...o0o...

## **ORDER**

Confirming my conference call December 16, 2014 with counsel, it is hereby

**ORDERED** that:

1. the defendant's motion to compel (ECF No. 28) is **Denied without prejudice** pending the results of the motions hearing January 7, 2015;

2. the ACLU's motion for leave to file an *amici curiae* memorandum, (ECF No. 38) is **Granted**; and

3. the defendant's reply and counter-stipulation is due **December 30, 2014.**


December 16, 2014                                    /s/
Date                                         Catherine C. Blake
                                             United States District Judge